THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC SMITH, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company; and MESSAGE MEDIUMS, LLC, an Illinois limited liability company,<br><br>　　　　　　Defendants. | No. 12-cv-01433-RAJ<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS REDBOX AUTOMATED RETAIL, LLC AND MESSAGE MEDIUMS, LLC TO RESPOND TO COMPLAINT |

**STIPULATION OF THE PARTIES**

Plaintiff Eric Smith and Defendants Redbox Automated Retail, LLC ("Redbox") and Message Mediums, LLC ("Message Mediums"), respectfully submit this stipulation and proposed order to extend the time for Redbox and Message Mediums to respond to Plaintiff's Complaint by 30 days, until October 19, 2012. This extension of time is requested because defendants Redbox and Message Mediums recently identified and obtained local counsel for this case, and because the defendants need sufficient time to review the Complaint and prepare their responses.

STIPULATION AND ORDER FOR EXTENSION
OF TIME (No. 12-cv-01433-RAJ) – 1

72292-1016/LEGAL24638154.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Respectfully submitted this 20th day of September, 2012.

| | |
|---|---|
| *s/ Cliff Cantor* | *s/ Amanda J. Beane* |
| *(signed with permission of attorney)* | *s/ Ryan T. Mrazik* |
| Cliff Cantor, WSBA #17893 | Amanda J. Beane, WSBA No. 33070 |
| **Law Offices of Clifford A. Cantor, P.C.** | Ryan T. Mrazik, WSBA No. 40526 |
| 627 208th Avenue SE | **Perkins Coie LLP** |
| Sammamish, WA 98074 | 1201 Third Avenue, Suite 4900 |
| Telephone: 425.868.7813 | Seattle, WA 98101-3099 |
| Facsimile: 425.732.3752 | Telephone: 206.359.8000 |
| cliff.cantor@comcast.net | Facsimile: 206.359.9000 |
| | ABeane@perkinscoie.com |
| *Attorneys for Plaintiff Eric Smith* | RMrazik@perkinscoie.com |
| | |
| | *Attorneys for Defendant* |
| | *Redbox Automated Retail, LLC* |

*s/ Mark Wilner*
*(signed with permission of attorney)*
Mark Wilner, WSBA No. 31550
**Gordon Tilden Thomas & Cordell LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Telephone: 206.467.6477
Facsimile: 206.467.6292
mwilner@gordontilden.com

*Attorneys for Defendant*
*Message Mediums, LLC*

## [PROPOSED] ORDER

**IT IS SO ORDERED** this _____ day of _____, 2012.

_____
HONORABLE RICHARD A. JONES
United States District Judge

STIPULATION AND ORDER FOR EXTENSION
OF TIME (No. 12-cv-01433-RAJ) – 2

72292-1016/LEGAL24638154.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

I certify that on September 20, 2012, I electronically filed the foregoing STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS REDBOX AUTOMATED RETAIL, LLC AND MESSAGE MEDIUMS, LLC TO RESPOND TO COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

    Cliff Cantor, WSBA #17893
    **Law Offices of Clifford A. Cantor, P.C.**
    627 208th Avenue SE
    Sammamish, WA 98074
    Telephone: 425.868.7813
    Facsimile: 425.732.3752
    cliff.cantor@comcast.net

*Attorneys for Plaintiff Eric Smith*

In addition, I caused service to be made on the following attorneys by electronic mail:

    Mark Wilner, WSBA No. 31550
    **Gordon Tilden Thomas & Cordell LLP**
    1001 Fourth Avenue, Suite 4000
    Seattle, WA 98154
    Telephone: 206.467.6477
    Facsimile: 206.467.6292
    mwilner@gordontilden.com

*Attorneys for Defendant*
*Message Mediums, LLC*

**I certify under penalty of perjury that the foregoing is true and correct.**

DATED this 20th day of September, 2012.

    *s/ Ryan T. Mrazik*
    Ryan T. Mrazik, WSBA No. 40526
    **Perkins Coie LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
    Telephone:  206.359.8000
    Facsimile:  206.359.9000
    RMrazik@perkinscoie.com

    *Attorneys for Defendant*
    *Redbox Automated Retail, LLC*

STIPULATION AND ORDER FOR EXTENSION OF TIME (No. 12-cv-01433-RAJ) – 3

72292-1016/LEGAL24638154.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000