The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC SMITH, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>REDBOX AUTOMATED RETAIL, LLC and MESSAGE MEDIUMS, LLC,<br><br>                Defendants. | No. C12-1433 RAJ<br><br>PLAINTIFF SMITH'S NOTICE OF VOLUNTARY DISMISSAL |

      Plaintiff Eric Smith hereby gives notice of his voluntary dismissal of this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

      Dated: December 20, 2012        Respectfully submitted,

                                                s/ *Cliff Cantor*
                                                Cliff Cantor, WSBA # 17893
                                                Law Offices of Clifford A. Cantor, P.C.
                                                627 208th Ave. SE
                                                Sammamish, WA 98074
                                                Tel: (425) 868-7813
                                                Fax: (425) 732-3752
                                                Email: cliff.cantor@comcast.net
                                                Counsel for Plaintiff

Certificate of Service

      I certify that, on December 20, 2012, I caused the foregoing to be filed with the Clerk of the Court by ECF, which will cause notice of filing to be emailed to counsel of record for all parties.

                                                          s/ *Cliff Cantor*
                                                        Cliff Cantor, WSBA # 17893

PL.'S NOTICE OF VOLUNTARY DISMISSAL
Case No. C12-1433 RAJ      - 1 -      LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752